## KOLDEN v. SELECTIVE SERVICE LOCAL BOARD NO. 4

No. 70.  Decided February 24, 1970*

*Melvin L. Wulf, Chester Bruvold,* and *Lynn Castner* for petitioner in No. 70.  *John J. Abt* for petitioner in No. 73.  *Stanley Faulkner* for petitioner in No. 164.  *Mr. Wulf* for petitioner in No. 183.  *Robert Eugene Smith* for petitioner in No. 331.  *Sheldon M. Meizlish* for petitioners in No. 449.

*Solicitor General Griswold, Assistant Attorney General Ruckelshaus, Morton Hollander,* and *Ralph A. Fine* for respondents in Nos. 70, 164, and 183.  *Solicitor General Griswold, Assistant Attorney General Ruckelshaus,* and *Mr. Hollander* for respondents in No. 73.  *Solicitor General Griswold* for respondents in Nos. 331 and 449.

PER CURIAM.

The petitions for writs of certiorari are granted, the judgments are vacated and the cases are remanded

---

*Together with No. 73, *Chaikin* v. *Selective Service Local Board No. 66 et al.;* No. 164, *Faulkner* v. *Laird, Secretary of Defense, et al.;* No. 183, *Osher* v. *Selective Service Local Board No. 6 et al.,* on petitions for writs of certiorari to the United States Court of Appeals for the Second Circuit; No. 331, *Kraus* v. *Selective Service System Local 25 et al.,* on petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit; and No. 449, *Anderson et al.* v. *Hershey, National Director, Selective Service System, et al.,* on petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit.

to the respective United States Courts of Appeals for further consideration in light of *Breen* v. *Selective Service Board,* 396 U. S. 460.

MR. JUSTICE HARLAN would reverse the judgments in these cases and remand them on the basis of his concurring opinion in *Breen* v. *Selective Service Board,* 396 U. S., at 468, and the Court's opinion in *Gutknecht* v. *United States,* 396 U. S. 295.